No. 10-8254. Robert Jeffry Feiger, Petitioner v. Roderick Q. Hickman, et al.

562 U.S. 1240, 131 S. Ct. 1524, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1611.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 406 Fed. Appx. 153.

No. 10-8256. Leon Harris, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1525, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1682.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-8258. Oscar Olea-Coronado, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1525, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1566.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 391 Fed. Appx. 508.

No. 10-8265. Ernest B. Cecil, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1525, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1657.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 615 F.3d 678.

No. 10-8270. Christopher Chatman, Petitioner v. Jeff Norman, Warden.

562 U.S. 1240, 131 S. Ct. 1525, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1548.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-8271. Sergio Garza-Castaneda, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1525, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1680.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 398 Fed. Appx. 985.

No. 10-8277. Tyrone Yarbrough, Petitioner v. United States.

562 U.S. 1240, 131 S. Ct. 1526, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1626.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 398 Fed. Appx. 271.

No. 10-8278. Carlos Vasquez-Diaz, Petitioner v. United States.

562 U.S. 1241, 131 S. Ct. 1526, 179 L. Ed. 2d 343, 2011 U.S. LEXIS 1689.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 396 Fed. Appx. 983.